UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Raymond Parker, et al.,

       Plaintiffs,                               Civil No. 06-4821 (RHK/AJB)

vs.                                                   **ORDER**

Rowland Express, Inc., et al.,

       Defendants.

---

     By Friday, June 1, 2007, Plaintiff shall serve and file a Reply to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Conditional Certification.

Dated: May 29, 2007

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge